Debtor's Rule 1019 Schedule of Post-Petition Debts, Executory Contracts and Unexpired Leases

Case no _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:

_Brandi Pritchett_____

Debtor.

Case No _15__  B ___00287_____

Judge   _Hollis_____

Chapter 7 (converted from Chapter 13)

Debtor's Rule 1019 Schedule of Post-Petition Debts, Executory Contracts and Unexpired Leases

### Post-petition debts

| Name and address of creditor | Name and address of collection agency or lawyer representing creditor, if any |
|---|---|
| Village of Midlothian Police Department 14801 S. Pulaski Rd. Midlothian, IL 60445 | |
| Cook County Department of Revenue 118 N. Clark St., Room 1160 Chicago, IL 60602 | |
| Laboratory Corporation of America Holdings PO Box 2240 Burlington, North Carolina 27215-2240 | |
| Cardiac Consulting Group SC 4647 W. Lincoln Highway Matteson, IL 60443 | |
| Heart Care Centers of IL PO Box 766 Bedford Park, IL 60499-0766 | |

### Post-petition leases and executory contracts

X Check this box if debtor has no post-petition executory contracts or unexpired leases.